IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ANGELA BETANCOURT, | ) |
| Plaintiff, | ) ) ) ) ) |
| v. | ) Case No. 1:22-cv-01299-JES-JEH ) ) |
| RIVIAN AUTOMOTIVE, LLC, | ) ) |
| Defendant. | ) ) |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY

Plaintiff Angela Betancourt ("Betancourt" or "Plaintiff"), by her counsel, hereby requests leave to respond to Defendant Rivian Automotive LLC's ("Rivian" or "Defendant") Reply in Support of Motion to Compel Arbitration and Dismiss (Dkt. No. 23). In support of her motion, Plaintiff states as follows:

1. On November 8, 2022, Defendant filed its Motion to Compel Arbitration and Dismiss. (Dkt. No. 13).

2. On December 21, 2022, Betancourt responded in opposition (Dkt. No. 19) and a month later Rivian filed a reply. (Dkt. No. 23).

3. In that reply Rivian cited authority not raised in its original motion or Betancourt's response in opposition. (*Id.* at 4). Rivian quotes extensively from *Garrison v. Burke*, 165 F.3d 565 (7th Cir. 1999) to argue that Betancourt's claim accrued before March 3, 2022. *Garrison* is bad law. *Garrison's* holding and the quoted analysis did not survive the Supreme Court's decision in *Nat'l R.R. Passenger Corp. v. Morgan,* 536 U.S. 101 (2002).

4. Rivian should not be allowed to rely on bad law by hiding it in a reply brief.

5. Betancourt therefore now seeks leave to file a sur-reply under Local Rule 7.1 to respond to this new authority and explain why it is bad law.

6. Granting Plaintiff this leave will not affect any other deadlines, nor does it prejudice the parties.

7. Plaintiff has attached her sur-reply to this motion as Exhibit A.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to grant her leave to file her a sur-reply to Motion to Compel Arbitration and Dismiss, and to award any other relief it may deem just and proper.

Dated: February 2, 2023

Respectfully submitted,

/s/ Alejandro Caffarelli
Alejandro Caffarelli
Francisco Fernandez del Castillo
**CAFFARELLI & ASSOCIATES LTD.**
224 South Michigan Avenue, Suite 300
Chicago, Illinois 60604
Tel: 312-763-6880
acaffarelli@caffarelli.com
ffernandez@caffarelli.com

Diandra "Fu" Debrosse Zimmermann
**DiCELLO LEVITT LLC**
505 20th Street North, 15th Floor
Birmingham, Alabama 35203
Tel: 205-740-9555
fu@dicellolevitt.com

Adam J. Levitt
**DiCELLO LEVITT LLC**
10 North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel: 312-214-7900
alevitt@dicellolevitt.com

Elizabeth Paige White
Éviealle J. Dawkins

**DiCELLO LEVITT LLC**
1101 17th Street NW, Suite 1000
Washington, DC  20036
Tel:  202-975-2288
pwhite@dicellolevitt.com
edawkins@dicellolevitt.com

*Counsel for Plaintiff*

5

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused a true and correct copy of the foregoing document to be filed electronically via the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's CM/ECF system. Parties may access this filing through the Court's CM/ECF system.

/s/ *Alejandro Caffarelli*
One of Plaintiff's Attorneys