IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEOIRA DIVISION

| | |
|---|---|
| ANGELA BETANCOURT,<br><br>*Plaintiff*,<br><br>*vs.*<br><br>RIVIAN AUTOMOTIVE, LLC.<br><br>*Defendant*. | Case No. 1:22-cv-01299-JES-JEH |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Angela Betancourt and Rivian Automotive, LLC (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby jointly stipulate to dismissal of the entire action with prejudice, with each side to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: August 13, 2024

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| ANGELA BETANCOURT | RIVIAN AUTOMOTIVE, LLC |
| By: */s/ Adam J. Levitt* | By: */s/ Matthew Gagnon* |
| Adam J. Levitt<br>Adam Prom<br>DICELLO LEVITT LLP<br>10 N. Dearborn St., 6th Floor | Matthew Gagnon<br>Katherine Mendez<br>Christopher Kelleher<br>Adam Rongo |

<div style="column-count:2">

Chicago, IL 60602
alevitt@dicellolevitt.com
aprom@dicellolevitt.com

Éviealle J. Dawkins
DICELLO LEVITT LLP
801 17th Street, NW, Suite 430
Washington, D.C. 20006
edawkins@dicellolevitt.com

Diandra "Fu" Debrosse Zimmerman
DICELLO LEVITT LLP
420 20th Street North, Suite 2525
Birmingham, AL 35203
fu@dicellolevitt.com

Alejandro Caffarelli
Amanda Burns
CAFFARELLI & ASSOCIATES LTD.
224 S. Michigan Ave., Suite 300
Chicago, IL 60604
acaffarelli@caffarelli.com
aburns@caffarelli.com

*Attorneys for Plaintiff Angela Betancourt*

SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
kmendez@seyfarth.com
mgagnon@seyfarth.com
ckelleher@seyfarth.com
arongo@seyfarth.com

*Attorneys for Defendant Rivian Automotive, LLC*

</div>

## CERTIFICATE OF SERVICE

I, Adam J. Levitt, an attorney, certify that on August 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record at their e-mail addresses on file with the Court.

*/s/Adam J. Levitt*